UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL C. CULLOM, JR. et al.,

        Plaintiffs,

   v.

JOHN DOES 1-20, et al.,

        Defendants.

CASE NO. C06-0957C

ORDER TO SHOW CAUSE

     The Court hereby ORDERS Plaintiffs to SHOW CAUSE by Friday, August 4, 2006, at 4:30 p.m. why the Court should not dismiss this action for failure to comply with Fed. R. Civ. P. 8(a) or under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Pursuant to Rule 8(a), the complaint must include a *plain* statement of the claim showing that the pleaders are entitled to relief against each defendant. The Court directs that Plaintiffs respond to this Show Cause Order by submitting an amended complaint. While Plaintiffs need not set forth a complete and convincing picture of the alleged wrongdoing in this amended complaint, they must *at least* set forth enough details so as to provide Defendants and the Court with a fair idea of the basis of the complaint. In particular, the Court directs Plaintiffs to clarify the legal and factual bases for jurisdiction and the relief claimed. Failure to comply with this Order by Friday, August 4, 2006, at 4:30 p.m. will result in dismissal of this action

ORDER – 1

1 without prejudice.

2

3      SO ORDERED this 17th day of July, 2006.

4

5                                            _____
                                             UNITED STATES DISTRICT JUDGE
6

26 ORDER – 2